**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6960**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

WALTER MITCHELL, a/k/a June, a/k/a Junie,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:11-cr-00156-JRS-2)

_____

Submitted: October 18, 2016      Decided: October 21, 2016

_____

Before WILKINSON, KING, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Mitchell, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Erik Sean Siebert, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Mitchell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. See United States v. Mann, 709 F.3d 301, 304 (4th Cir. 2013) (reviewing district court's decision under § 3582(c)(2) for abuse of discretion). Accordingly, we affirm for the reasons stated by the district court. United States v. Mitchell, No. 3:11-cr-00156-JRS-2 (E.D. Va. July 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED